IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW BOEHM, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VW CREDIT, INC., a Delaware Corporation; and VW CREDIT LEASING LTD., a Delaware Corporation,<br><br>Defendants. | 8:21CV406<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 27). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each side to bear their own costs and attorneys' fees.

Dated this 18th day of April, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge